# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KITWANA KHAMISI-EL, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-01524 |
| ) | Judge Aleta A. Trauger |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the court is the Motion to Vacate, Set Aside, or Correct Sentence in Accordance with 28 U.S.C. § 2255 (Doc. No. 1), filed by Kitwana Khamisi-El, formerly known as Anthony Neal, seeking to vacate and reduce the sentence entered upon his 2015 criminal conviction in *United States v. Khamisi-El*, No. 3:14-cr-00095 (M.D. Tenn. May 8, 2015) (Judgment, Doc. No. 46).

For the reasons explained in the accompanying Memorandum, the court finds that Khamisi-El is not entitled to relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015). The motion is therefore **DENIED,** and this matter is **DISMISSED**.

However, finding that the applicant has made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), the court **GRANTS** a certificate of appealability.

This is the final order in this case, for purposes of Fed. R. Civ. P. 58.

It is so **ORDERED**.

ENTER this 9th day of May 2019.

_____
ALETA A. TRAUGER
United States District Judge